IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMBER WILSON,

    Plaintiff,

v.                                                        NO. 21-cv-1190 GJF/SMV

BURSEY & ASSOCIATES, P.C.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    February 24, 2022, at 3:30 p.m. MST

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **February 24, 2022, at 3:30 p.m. MST.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**