IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMBER WILSON,

    Plaintiff,

v.                                        NO. 21-cv-1190 GJF/SMV

BURSEY & ASSOCIATES, P.C.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

    Counsel for Plaintiff filed a Notice of Settlement on August 16, 2022, stating that a settlement has been reached in this matter. [Doc. 23].

    **IT IS THEREFORE ORDERED** that closing documents be FILED no later than **September 16, 2022**, absent a request for an extension and a showing of good cause.

    **IT IS FURTHER ORDERED** that the status conference set for August 17, 2022, at 10:30 a.m. MDT is hereby VACATED.

    **IT IS SO ORDERED.**

                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**